

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-15-00308-CV

| | | |
|---|---|---|
| Judy Kay Fulbright | § | From County Court at Law No. 1 |
| | § | of Tarrant County (2015-004726-1) |
| v. | § | August 25, 2016 |
| Betty A. Bradley, as Guardian of Estate for Dollie Mae Fulbright | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the trial court's judgment is vacated and the appeal is dismissed as moot. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
      Justice Lee Gabriel